UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRELL TAYLOR,<br><br>         Plaintiff,<br><br>     vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>         Defendants. | 1:13-cv-01105-LJO-GSA-PC<br><br>ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AND DISMISSING ACTION, WITHOUT PREJUDICE TO REFILING WITH SUBMISSION OF $400.00 FILING FEE IN FULL (Doc. 2.)<br><br>ORDER FOR CLERK TO CLOSE CASE |

   Kirell Taylor ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on July 18, 2013, together with an application to proceed in forma pauperis. (Docs. 1, 2.)

   28 U.S.C. § 1915 governs proceedings in forma pauperis. Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." A review of the actions filed by Plaintiff reveals that Plaintiff is subject to 28 U.S.C. § 1915(g) and is precluded from proceeding in forma pauperis unless Plaintiff is, at the time the complaint is filed, under imminent danger of serious physical injury.[1]

---

[1] Among the dismissals suffered by Plaintiff that count as strikes under 1915(g) are case numbers 2:09-cv-01544-UA-CT (CD Cal.) Bettis v. Paulson, et al. (dismissed on 04/13/2009 as frivolous); 2:02-cv-5071-UA-CT (CD Cal.) Taylor v. USA, et al. (dismissed on 02/14/2003 as frivolous); and 2:11-cv-5742-UA-RZ (CD Cal.) Taylor v. Garofalo, et al. (dismissed on 07/27/2011 for failure to state a claim).

The Court has reviewed Plaintiff's Complaint and finds that Plaintiff does not meet the imminent danger exception.[2] <u>Andrews v. Cervantes</u>, 493 F.3d 1047, 1053 (9th Cir. 2007). Plaintiff alleges in the Complaint that his art work was taken from him, he was denied photocopies, he received inadequate medical care in 2011 and 2012, his manuscript was lost, his mail was destroyed, he was retaliated against, and his trade secrets were misappropriated.[3] Plaintiff may not proceed in forma pauperis in this action, and must submit the appropriate filing fee in order to proceed with this action.  Therefore, Plaintiff's application to proceed in forma pauperis shall be denied, and this action shall be dismissed, without prejudice to refiling with the submission of the $400.00 filing fee in full.

Based on the foregoing, it is HEREBY ORDERED that:

1. Pursuant to 28 U.S.C. § 1915(g), Plaintiff's application to proceed in forma pauperis in this action is DENIED;

2. This action is DISMISSED, without prejudice to refiling with the submission of the $400.00 filing fee in full; and

3. The Clerk is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   **July 22, 2013**                             **/s/ Lawrence J. O'Neill**
                                                   UNITED STATES DISTRICT JUDGE

---

[2]The Court expresses no opinion on the merits of Plaintiff's claims.

[3]The Complaint is devoid of any showing that Plaintiff was under imminent danger of serious physical injury at the time he filed the Complaint. <u>Id.</u>